Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*October 19, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **vs.** | §    **CRIMINAL NO.** |
| | § |
| **JONATHAN ELIOTT SMITH-BYRD** | § |
| | § |
| **Defendant.** | §    **4:22-cr-516** |
| | § |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1
(Sex Trafficking of a Minor and by Means of Force, Fraud, and Coercion - Victim D.R.)
18 U.S.C. §§ 1591 and 2

From on or about January 1, 2014, through on or about August 1, 2014, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**JONATHAN ELIOTT SMITH-BYRD**

knowingly (i) recruited, enticed, harbored, transported, provided, obtained, and maintained Victim D.R., in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that Victim D.R. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause Victim D.R. to engage in one or more commercial sex acts, and (ii) benefitted, financially and by receiving anything of value, from participation in a venture which engaged in such acts, in violation of 18 U.S.C. § 1591(a)(1), (a)(2), (b)(1), (b)(2), and (c).

**COUNT 2**
(Sex Trafficking by Means of Force, Fraud, and Coercion - Victim D.R.)
18 U.S.C. §§ 1591 and 2

From on or about August 2, 2014, through on or about September 28, 2017, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**JONATHAN ELIOTT SMITH-BYRD**

knowingly (i) recruited, enticed, harbored, transported, provided, obtained, and maintained Victim D.R, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that force, fraud, and coercion, and a combination of such means, would be used to cause Victim D.R. to engage in one or more commercial sex acts, and (ii) benefitted, financially and by receiving anything of value, from participation in a venture which engaged in such means, in violation of 18 U.S.C. § 1591(a)(1), (a)(2), and (b)(1).

**COUNT 3**
(Sex Trafficking by Means of Force, Fraud, and Coercion - Victim T.P.)
18 U.S.C. §§ 1591 and 2

From on or about September 1, 2015, through on or about November 30, 2015, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**JONATHAN ELIOTT SMITH-BYRD**

knowingly (i) recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained Victim T.P, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that force, fraud, and coercion, and a combination of such means, would be used to cause Victim T.P. to engage in one or more commercial sex acts, and (ii) benefitted, financially and by receiving anything of value, from participation in a venture which engaged in such means, in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2), and (b)(1).

## COUNT 4
(Sex Trafficking of a Minor and by Means of Force, Fraud, and Coercion - Victim A.D.)
18 U.S.C. §§ 1591 and 2

From on or about February 2, 2018, through on or about February 4, 2018, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**JONATHAN ELIOTT SMITH-BYRD**

knowingly (i) recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained Victim A.D., in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that Victim A.D. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause Victim A.D. to engage in one or more commercial sex acts, and (ii) benefitted, financially and by receiving anything of value, from participation in a venture which engaged in such acts, in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(1), (b)(2), and (c).

## COUNT 5
Coercion and Enticement – Victim D.R.
18 U.S.C. § 2422(a)

From on or about August 2, 2014, through in or about September 18, 2017, within the Southern District of Texas and elsewhere, Defendant

**JONATHAN ELIOTT SMITH-BYRD**

did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce an adult female, Victim D.R., to travel in interstate commerce, specifically from Houston, Texas, to Arizona, Colorado, Florida, Louisiana, New Mexico, California and elsewhere, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(a).

3

**COUNT 6**
Coercion and Enticement – Victim T.P.
18 U.S.C. § 2422(a)

From in or about September 1, 2015, through in or about November 30, 2015, within the

Southern District of Texas and elsewhere, Defendant

**JONATHAN ELIOTT SMITH-BYRD**

did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice

and coerce an adult female, Victim T.P., to travel in interstate commerce, specifically from

Houston, Texas, to Louisiana, and elsewhere to engage in prostitution and any sexual activity for

which any person can be charged with a criminal offense, in violation of 18 U.S.C. §§ 2422(a).

**NOTICE OF FORFEITURE**

1.　　Pursuant to 18 U.S.C. § 1594(d), the United States gives notice to Defendant,

**JONATHAN ELIOTT SMITH-BYRD**

that upon his conviction of any of Counts 1 through 4, the United States intends to seek forfeiture

of:

(A)　all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B)　all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

2.　　Pursuant to 18 U.S.C. §§981(a)(1)(C) and 2428(a), the United States gives notice

to Defendant

**JONATHAN ELIOTT SMITH-BYRD**

that upon his conviction of any of Counts 5 through 6, the United States intends to seek forfeiture

of:

(A)　all property, real or personal, that was used or intended to be used to commit

4

or to facilitate the commission of such violation; and

(B)    all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States intends to seek the imposition of a money judgment against the Defendant. The Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment against that Defendant.

TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

By: _____

Sherin Daniel
Sebastian A. Edwards
Assistant United States Attorneys

5