## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **Criminal No.   4:22-cr-00516** |
| **v.** | § | |
| | § | **GEORGE C. HANKS, JR** |
| | § | Judge |
| | § | |
| **JONATHAN SMITH-BYRD** | § | **JURY TRIAL** |
| | § | Proceeding |
| | § | |
| | § | |
| **Defendant.** | § | |

### FIRST AMENDED EXHIBIT LIST OF THE UNITED STATES OF AMERICA

| No. | Description | Offr. | Obj. | Date Adm | Date N/Adm |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | Birth Certificate of D.R. | ✓ | | 05/13/26 | |
| 4 | Birth Certificate of P.B. | ✓ | | 05/13/26 | |
| 5 | | | | | |
| 6 | Text extraction from D.R.'s cellphone | ✓ | | 05/13/26 | |
| 7 | Copy of D.R.'s journal | ✓ | | 05/13/26 | |
| 7B | Physical journal of D.R. | ✓ | | 05/13/26 | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | Photograph of D.R. with scar from firepoker assault | ✓ | | 05/13/26 | |
| 11 | D.R.'s Medical Records from Memorial Hermann SW Hospital on 12/02/2015 | ✓ | | 05/13/26 | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | | | | | |
| 13 | D.R.'s Backpage ads from 2015- Arizona | ✓ | | 05/14/26 | |
| 14 | D.R.'s Backpage ads from 2015- Austin | ✓ | | 05/14/26 | |
| 15 | D.R.'s Backpage ads from 2015- Austin | ✓ | | 05/14/26 | |
| 16 | D.R.'s Backpage ads from 2015- California | ✓ | | 05/14/26 | |
| 17 | D.R.'s Backpage ads from 2015- Colorado | ✓ | | 05/14/26 | |
| 18 | D.R.'s Backpage ads from 2015- Dallas | ✓ | | 05/14/26 | |
| 19 | D.R.'s Backpage ads from 2015- Houston | ✓ | | 05/14/26 | |
| 20 | D.R.'s Backpage ads from 2015- Lake Charles | ✓ | | 05/14/26 | |
| 21 | D.R.'s Backpage ads from 2015- Nevada | ✓ | | 05/14/26 | |
| 22 | D.R.'s Backpage ads from 2015- New Mexico | ✓ | | 05/14/26 | |
| 23 | D.R.'s Backpage ads from 2015- New Orleans | ✓ | | 05/14/26 | |
| 24 | D.R.'s Backpage ads from 2015- San Antonio | ✓ | | 05/14/26 | |
| 25 | Backpage ads of D.R. and K.M. from 2015-Austin | ✓ | | 05/14/26 | |
| 26 | | | | | |
| 27 | Backpage ads of D.R. and K.M. from 2015-Lake Charles | ✓ | | 05/14/26 | |
| 28 | Backpage ads of D.R. and K.M. from 2015-San Antonio | ✓ | | 05/14/26 | |
| 29 | Google Maps- Motel 6 | ✓ | | 05/13/26 | |
| 30 | Booking Records from Motel 6 in Houston (02/10/2014 – 02/13/2014) | ✓ | | 05/13/26 | |

| | | | | | |
|---|---|---|---|---|---|
| 31 | Photographs taken from Motel 6 on February 12, 2014 (pgs. 9 – 89) | ✓ | | 05/13/26 | |
| 32 | Photographs of D.R. from HPD dated 2017 | ✓ | | 05/14/26 | |
| 33 | Photograph of D.R.'s Eye Injury | ✓ | | 05/13/26 | |
| 34 | Booking records from South Point Hotel, Las Vegas from 08/19/2015-08/21/2015 | ✓ | | 05/13/26 | |
| 35 | Car rental records from Hertz Car Rental 04/08/2014 – 04/15/2014 (Austin, TX); 07/08/2015 – 08/20/2015 (Houston, TX). | ✓ | | 05/13/26 | |
| 36 | | | | | |
| 37 | Photograph of Rolex | ✓ | | 05/13/26 | |
| 38 | Photograph of D.R. at Venice Beach | ✓ | | 05/14/26 | |
| 39 | Photograph of New Mexico state line | ✓ | | 05/14/26 | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | Physical evidence collected from D.R.'s rescue on August 23, 2017- broken belt | ✓ | | 05/14/26 | |
| 43 | Physical evidence collected from D.R.'s rescue on August 23, 2017- clear packing tape | ✓ | | 05/14/26 | |
| 44 | Physical evidence collected from D.R.'s rescue on August 23, 2017- red tape dispenser | ✓ | | 05/14/26 | |
| 45 | Physical evidence collected from D.R.'s rescue on August 23, 2017- black whip | ✓ | | 05/14/26 | |
| 46 | Physical evidence collected from D.R.'s rescue on August 23, 2017- pad lock | ✓ | | 05/14/26 | |
| 46A | Physical evidence collected from D.R.'s rescue on August 23, 2017- polkadot socks | ✓ | | 05/14/26 | |

| 46B | Physical evidence collected from D.R.'s rescue on August 23, 2017- black leggings | ✓ | | 05/14/26 | |
|---|---|---|---|---|---|
| 47 | Backpage ads of T.P. from 2015-New Orleans | ✓ | | 05/13/26 | |
| 48 | Backpage ads of T.P. from 2015-Austin | ✓ | | 05/13/26 | |
| 49 | Backpage ads of T.P. from 2015-Austin-2 | ✓ | | 05/13/26 | |
| 50 | T.P.'s complainant statement to Harris County Pct.7 | ✓ | | 05/13/26 | |
| 51 | 3 Pre-Injury Photos of K.M. | ✓ | | 05/15/26 | |
| 52 | K.M. Backage Ad - California | ✓ | | 05/15/26 | |
| 53 | K.M. Backage Ad - Colorado | ✓ | | 05/15/26 | |
| 54 | K.M. Backage Ad – Lake Charles | ✓ | | 05/15/26 | |
| 55 | | | | | |
| 56 | K.M. Backage Ad – New Orleans | ✓ | | 05/15/26 | |
| 57 | K.M. Backage Ads – Florida | ✓ | | 05/15/26 | |
| 58 | K.M. Backage Ad – New Mexico | ✓ | | 05/15/26 | |
| 59 | K.M. Backage Ad – Austin | ✓ | | 05/15/26 | |
| 60 | K.M. Backage Ad – Austin | ✓ | | 05/15/26 | |
| 61 | | | | | |
| 62 | K.M. Backage Ad – Austin | ✓ | | 05/15/26 | |
| 63 | K.M. Backage Ad – Beaumont | ✓ | | 05/15/26 | |

| 64 | K.M. Backage Ad – El Paso | ✓ | | 05/15/26 | |
|---|---|---|---|---|---|
| 65 | K.M. Backage Ad – Houston | ✓ | | 05/15/26 | |
| 66 | K.M. Backage Ad – San Antonio | ✓ | | 05/15/26 | |
| 67 | Photo of envelope recoverd from car in Austin | ✓ | | 05/15/26 | |
| 68 | 2018 iPhone photos 1-16 | ✓ | | 05/15/26 | |
| 69 | Austin Scene Photos (3) | ✓ | | 05/15/26 | |
| 70 | Ramada Hotel Records | ✓ | | 05/15/26 | |
| 71 | A.D. Backpage Advertisement | ✓ | | 05/15/26 | |
| 72 | A.D. photo | ✓ | | 05/15/26 | |
| 73 | | | | | |
| 74 | A.D. Instant Messages | ✓ | | 05/19/26 | |
| 75 | K.M. Injury Photos | ✓ | | 05/15/26 | |
| 76 | K.M. Medical Records | ✓ | | 05/15/26 | |
| 77 | | | | | |
| 78 | | | | | |
| 78A | Redacted iPhone 11 messages (pgs. 9; 11; 39 – 48; 66 - 78) | ✓ | | 05/18/26 | |
| 79 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 79A | Redacted iphone 11 messages (pgs. 1 – 100; 129 – 142; 171 - 179) | ✓ | | 05/18/26 | |
| 80 | | | | | |
| 81 | iPhone 12 – ending -3652 messages | ✓ | | 05/19/26 | |
| 82 | iPhone 12 – ending -6680 messages | ✓ | | 05/19/26 | |
| 83 | iPhone 12 – ending -5976 messages | ✓ | | 05/19/26 | |
| 84 | | | | | |
| 85 | iPhone 12 – ending -9735 messages | ✓ | | 05/19/26 | |
| 86 | | | | | |
| 86A | iPhone 12 – kalak messages (pgs. 39; 42; 44; 140 – 150; 169 – 171; 178 – 183) | ✓ | | 05/18/26 | |
| 87 | Jaybird5660 Gmail Account on USB | ✓ | | 05/19/26 | |
| 87A | Google Certificate of Authenticity, Subscriber Info, Billing Info, Customer Info. | ✓ | | 05/19/26 | |
| 88 | K.M. Erotic Monkey Advertisement | ✓ | | 05/19/26 | |
| 89 | Amazon Records - linked | ✓ | | 05/19/26 | |
| 90 | | | | | |
| 91 | Birth Certificate of A.D. | ✓ | | 05/15/26 | |
| 92 | Birth Certificate for L.R. | ✓ | | 05/19/26 | |

| 93 | Texas Workforce Commission Wage Report for Defendant, D.R., and T.P. in November 2019 | ✓ | | 05/19/26 | |
|---|---|---|---|---|---|
| 94 | Texas Workforce Commission Wage Report for Defendant in April 2026 | ✓ | | 05/19/26 | |
| 95 | Photograph of K.M.'s back injury | ✓ | | 05/15/26 | |
| 96 | K.M.'s text message to Charlene Handy | ✓ | | 05/15/26 | |
| 97 | Photograph of Gregory Matthews' injury | ✓ | | 05/15/26 | |
| 98 | Bissonnet St. Google Map | ✓ | | 05/12/26 | |
| 99 | Audio – "Bag Talk" song | ✓ | | 05/18/26 | |
| 100 | Audio – "Key to The Streets" song | ✓ | | 05/18/26 | |
| 101 | Audio – "No Love Get Paid" song | ✓ | | 05/18/26 | |
| 102 | 2014 Photos of L.R. | ✓ | | 05/13/26 | |
| 103 | Video – "Bands of Money" | ✓ | | 05/13/26 | |
| 104 | Paula Richardson Generated Spreadsheet | ✓ | | 05/13/26 | |
| 105 | Video of K.M and C.B | ✓ | | 05/15/26 | |
| 106 | Photo of Defendant | ✓ | | 05/15/26 | |
| 107 | Photo of A.D. cell phone | ✓ | | 05/15/26 | |
| 108 | Photo of bag of cash | ✓ | | 05/19/26 | |
| 109 | Photo of dog | ✓ | | 05/19/26 | |
| 110 | D.R.'s early 2014 sex ads | ✓ | | 05/19/26 | |

7

CERTIFICATE OF SERVICE

I certify that on May 22, 2026, I filed this document electronically on CM/ECF. I also emailed a copy to Defendant's standby counsel and mailed a copy to Defendant at the Federal Detention Center.

*/s/Christine Lu*
Christine Lu
Assistant United States Attorney
