United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:22-CR-00516 |
| | § | |
| JONATHAN ELIOTT SMITH-BYRD | § | |

## <u>ORDER</u>

The admitted exhibits and offers of proof are released from the Clerk and the parties shall maintain them for purposes of any appeal

Further, the parties shall file electronic copies of their admitted exhibits and offers of proof on the CM-ECF/PACER system of this Court by **June 3, 2026**. Any objections to the electronic copies must be made in writing and with a certificate of conference that complies with the Local Rules for the Southern District of Texas, within 24 hours of the copies being filed.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas on May 28, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE